AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| JIMENA ROSALES-HERRERA, individually and on behalf of others similarly situated, <br><br> *Plaintiff(s)* <br> v. <br> GSA KING TOMATO FARM INC. (d/b/a GSA King Tomato Farm Inc.), GURSOL GILILOV and LENA GILILOV <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:25-cv-02391-RML |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   See attached rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Michael Faillace
> Michael Faillace & Associates, P.C.
> 60 East 42nd Street, Suite 4510
> New York, New York 10165

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 4/30/2025

s/Kimberly Davis

*Signature of Clerk or Deputy Clerk*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
JIMENA ROSALES-HERRERA, individually and on behalf of others similarly situated,

*Plaintiffs,*

-against-

GSA KING TOMATO FARM INC. (d/b/a GSA King Tomato Farm Inc.), GURSOL GILILOV and LENA GILILOV

*Defendants.*

-------------------------------------------------------X

**Index No.**

**RIDER TO REQUEST FOR SUMMONS**

GSA KING TOMATO FARM INC.
(d/b/a GSA King Tomato Farm Inc.)
1140 McDonald Avenue
Brooklyn, NY 11230

Gursol Gililov
1140 McDonald Avenue
Brooklyn, NY 11230

Lena Gililov
1140 McDonald Avenue
Brooklyn, NY 11230